JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
John Doe

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Ex Parte Application of<br><br>John Doe,<br><br>                Applicant. | Case No: 3:23-mc-80193<br><br>**DECLARATION OF APPLICANT JOHN DOE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

I, John Doe, declare as follows:

1. I operate an anonymous Twitter Account 事業家 bot @ Midnight_Tokyo, "Entrepreneur bot" in English ("My Account"). See **Exhibit A** attached hereto.

2. I have personal knowledge of each matter stated herein.

3. I helped publish a marketing book under the title "女子大生、オナホを売る" ("A Female College Student Sells Masturbation Device" in English ( the "Book").

4. On May 7, 2023, a Twitter Account under the name of SUAN @suan_news ("SUAN") posted criticism and re-tweeted critical tweets by third parties about the Book. See **Exhibit B** attached hereto.

1

5. On May 7, 2023 to May 8, 2023, I sent Subject Account #1 messages requesting deletion of the tweets and re-tweets and had a conversation with said account on Twitter Direct Message. See **Exhibit D-1** and **D-2** attached hereto. Also, I, Subject Account #1, and the author of the Book had a communication via Twitter Direct Message about the criticism of the Book. See **Exhibit E-1** and **E-2** attached hereto.

6. After these conversations on Twitter Direct Message, I learned that a Twitter account under the name of Black Suan @suan_team ("Black Suan") had been created wherein the identification of My Account and criticism of My Account were posted. This account seemed to be created for the purpose of posting remarks concerning My Account. See **Exhibit C-1** and **C-2** attached hereto. Both Twitter accounts, SUAN and Black Suan are operating an online news website under the name of Suan Tokyo ("Suan Tokyo") and put the same link to Suan Tokyo on their bio-data pages on Twitter.

7. On May 8, 2023, SUAN posted screenshots of a part of a personal direct message (Exhibit D-1 and E-1) containing my request to Subject Account #1 asking them to delete the critical tweets and its re-tweets concerning the Book on Twitter. See **Exhibit F** attached hereto. I have never given SUAN permission to disclose my private conversations with them conducted via Twitter Direct Message.

8. On May 10, 2023, SUAN posted a tweet on Twitter. The post disclosed screenshots of another part of the subject personal direct messages (Exhibit D-2 and E-2) and said "We have identified the identity of Entrepreneur bot. He was a manager and the largest shareholder of a listed company." See **Exhibit H** attached hereto. I have never consented to disclosure of that part of the personal direct messages either nor did I ever consent to SUAN revealing the information which could be taken to be my identity or personal information and attributes.

9. Concerning what SUAN has disclosed on its Twitter account of my private messages and conversations made via Twitter Direct Message, I never expected and intended that they be publicly disclosed on Twitter. Twitter has a "reply" system in which every third-party Twitter user can view the content of conversations between certain Twitter users. In

2

contrast, Direct Message is a tool for private and closed conversation that is not designed to be viewed by any third party. I asked SUAN to stop disclosing the direct messages. However, SUAN has ignored my request and has kept these posts up.

10. On May 8, 2023, SUAN posted an article on Suan Tokyo containing screenshots of the subject direct messages. The article mentioned that "The anonymous account that had asked me in a threatening manner to delete the critical review was a manager of a listed company." in connection with My Account. See **Exhibit G** attached hereto.

11. The subject information disclosed on Suan Tokyo by SUAN could be taken to be attributes of an operator of My Account. I have never disclosed my attribute such as my occupation on the Internet as the operator of My Account, and I have never wanted to disclose it publicly.

12. These statements induced readers to try to find out who the operator of My Account was. In the same article, there was a link leading readers to an open chat room "Entrepreneur bot Shelter," stating "[NEW]The open chat room for start-ups has been created!" The chat room was named after My Account "Entrepreneur bot." See **Exhibit G** attached hereto. I felt offended when I found out that there was an open chat room named after My Account for the purpose of identifying who I was because I have been operating My Account anonymously and never intended my identity to be made public.

13. On May 10, 2023, SUAN posted another article on Suan Tokyo regarding My Account. The article was under the title of "We have identified the identity of Entrepreneur bot." in English. The article stated "The anonymous account named 'Entrepreneur bot' which had been communicating in an intimidating manner with Suan to delete critical reviews. It turned out that the owner of this account is 'a manager and the largest shareholder' of a listed company." See **Exhibit I** attached hereto.

14. The article also had a link to the open chat described above and led readers to join the group chat room by stating "[NEW]The open chat room for start-ups has been created!" See Exhibit I attached hereto.

15. The Chat Room named after "Entrepreneur bot Shelter." was created in or about May 2023. More than 1,000 people joined the group chat and discussed finding out the real identity of My Account. Inside the group chat, people not only made jokes about My Account, but also tried to find out who the operator of My Account was and shared the information which could be taken to be the person's real name and profile that appears on his company website. See **Exhibit J** attached hereto. SUAN mentioned what was happening in the open chat room on Twitter. SUAN intentionally enticed Twitter users and readers of the articles to come into the Chat Room and to identify the operator of My Account and intentionally continues to let the chat room remain as it was.

16. Due to SUAN's posts and articles, the information which could be taken to be my real name and my attributes, was revealed as the information of the operator of My Account even though I was operating My Account anonymously. I had not intended to disclose such kinds of information publicly as information regarding the anonymous operator of My Account.

17. Please note that my bringing this application does not mean I admit the descriptions in the tweet posts and the article posted by SUAN are true and correct.

18. Attached hereto and to the Ex Parte Application as Exhibits A through J are true and correct copies of the following documents (The words used hereinbelow refer to the definitions in the Ex Parte Application.):

    Exhibit A: screenshots of bio-data page of Applicant's Account on Twitter;

    Exhibit B: screenshots of the bio-data page of the Subject Account #1 on Twitter;

    Exhibit C-1: screenshots of the bio-data page of the Subject Account #2 on Twitter;

    Exhibit C-2: screenshots of one of Subject Account #2's tweet dated May 10, 2023 on Twitter;

    Exhibit D-1 and D-2: screenshots of correspondence between Applicant's Account and the Subject Account #1 via Twitter DM;

    Exhibit E-1 and E-2: screenshots of correspondence among Applicant's Account, the author of the Book, and the Subject Account #1 via Twitter DM;

4

Exhibit F: screenshots of the Subject Post #1 on Twitter by the Subject Account #1;

Exhibit G: screenshots of the Article #1 on the online news website, Suan Tokyo operated by the Subject Accounts;

Exhibit H: screenshots of the Subject Post #2 on Twitter by the Subject Account #1;

Exhibit I: screenshots of the Article #2 on the online news website, Suan Tokyo operated by the Subject Accounts;

Exhibit J: extracts of screenshots of the Chat Room.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 13, 2023      By: _____
                                John Doe