# Exhibit A



**事業家bot** ✔
7,779 Tweets



**Follow**

## 事業家bot ✔
@Midnight_Tokyo

経営者/投資家/著作:「金儲けのレシピ」/企画:「スモールビジネスの教科書(武田所長)」「投資思考(野原秀介)」「女子大生、オナホを売る(神山理子)」

📅 Joined January 2012

**100** Following     **54K** Followers

| Tweets | Replies | Media | Likes |

Exhibit B



← **SUAN / スタートアップメディア** 🎈 🏅
2,956 Tweets

**Follow**

# SUAN / スタートアップメディア 🎈 🏅
@suan_news

SUAN(スタートアップアンテナ）、スタートアップ界隈のためのスタートアップメディアが始まりました。

LINE@で最新記事は配信中！
情報提供はTwitterDMかQuerieよりお待ちしております。

🔗 suan.tokyo/link    📅 Joined September 2022

**70** Following    **20.2K** Followers

Exhibit C-1

← **Black Suan**
399 Tweets



**Follow**

# Black Suan
@suan_team

Suan特定調査チームのアカウントになります。
特定情報の調査関連はこちらのアカウントで更新致します。

🗄 Entertainment & Recreation ⓘ   🔗 suan.tokyo   🗓 Joined May 2023

**7** Following   **1,114** Followers

Tweets        Replies        Media        Likes

Exhibit C-2

 **Black Suan** @suan_team · 5/10/23

Suan特定調査チームです。事業家Bot
（ @Midnight_Tokyo ）関連はこちらにて更新致します。

現在は事業家botの著書『金儲けのレシピ』に記載されているビジネスケースのファクトチェックを行っております。

スパイスに関する記載について輸入権利をS&B、ハウスが保有と記載。誤りの可能性があります。



○        ♡ 1        ♡ 6        �📊 4188        ⬆

# Exhibit D-1



Exhibit D-2



事業家bot ✔                                                              ⓘ

まあすまん、堂々とああいうことを書かれるということは
俺としては喧嘩を売られたと理解したが、それでよいかい

午後10:35 (日)

オナホ本は頑張って献本したから売れた、それだけだよ。
ちょっと過激すぎるかと思って俺は初版絞ったがね

俺のバックグラウンドは理解してるんだろうからはっきり
言おう。「レシピ」が表層的だという批判はシンプルに能
力の問題だな。読む側の問題だ。君なら読めると思ったか
らその点は残念に思うが。

午後10:37 (日)



Exhibit E-1



リコピン🔴、事業家bot                                    ⓘ

いや、言いがかりもいいところでしょ。

事業家botさん・午前7:04

お前が煽って「信憑性に不安」みたいなこと
書いてて、それに対して出てきたツイートに
対してここちらが証明を出す必要性が全くな
い
ふざけた言いがかりをつけるならお前側に立
証責任があるのは当たり前

ふざけすぎ

だいたい、お前俺の方には全く返信してこな
いじゃん。人間としてやってることおかしい
よ。

事業家botさん・午前7:07

1件の新しいメッセージ

どのツイートのどの箇所が名誉毀損にあたると言わ
れているのでしょうか？

午前7:11・1 件のアカウントが既読

Exhibit E-2

■事業家botと書籍著者、筆者3名で作成されたグループチャット



深夜1時半に立ち上げられ、対応しなければ訴訟に進むと一方的に連絡。
訴訟取り下げは事業家bot自身が意思決定に関与し、実質連名での訴訟提言となっている。
（※書籍著者とは和解済みのため、黒塗りで対応しております）

Exhibit F



**SUAN / スタートアップメディア** 🎤 ✅
@suan_news

【悲報】「女子大生、オナホを売る」について感想ツイートしたところ事業家bot（@Midnight_Tokyo ）からDMでエグい量のDMが届く。

そして夜中1時30分に著者と事業家botの3名チャットが立ち上げられ、法的訴訟をちらつかせられる ←現在

Translate Tweet



3:19 PM · May 7, 2023 · **414.2K** Views

**134** Retweets   **36** Quotes   **426** Likes   **100** Bookmarks

Exhibit G







書評関係のツイートをしたところ、事業家bot氏より怒涛のDMラッシュ。その後、**深夜1時半に著者の神山氏との3名チャットを立上げられ、著者の神山氏より「名誉毀損で訴える」**という内容が…。

※こちらに関しては引用ツイートを肯定否定関わずRTしまくっていたのが問題とのことで、訴訟に関しては取り下げとなりました。

【お詫び】「女子大生、オナホを売る」著者の神山氏より名誉毀損で訴訟宣言された件についてのお詫び



一方、同時進行でSUAN編集部では、==女子大生が「オナホ」開発に至るまでの裏側==を調査しておりました。そこから見えてきたのは

・本書には書かれていない元welqメンバーの率いる==「アレテコ・ホールディングス」という集団との関わり==
・自社ランキングサイトから自社製品を誘導するという==「グレーなマーケティング手法」==



でした。裏側に居たのは、DeNAのwelq関連に関わった髙木健作氏が率いるアレテコ・ホールディングス関係者たち。
アレテコグループの事業実態をメディアが取り上げるのは初だと思いますので、ぜひお楽しみください。

なお恫喝的に批評レビューの削除依頼をしてきた**匿名アカウントは上場企業の経営者**でした。

関連記事：審査啓Botの正体を特定しました

普段で電話的にレビュー削除依頼をしてきている著作プロデューサーの匿るアカウントです。

目次 [閉じる]

1. 書評、「女子大生、オナホを売る」。唐突にオナホ参入を提案する「関西弁の師匠」への違和感
2. そもそも「低評価」なオナホはどのようにして売れているのか？
3. アレテコ関係者の運営するアダルトメディア「Panpan」、月間520万UUの衝撃
4. Panpan編集部と「ちゅくる」の運営メンバーが一致。阿部氏など多くがアレテコ関係者
5. PANPAN関係者がアフィリエイトの難しいアダルト領域で商品を内製化し、販売という目論見か。
6. 「ちゅくる」「panpan」「アレテコ」の関連性について。オフィスの一致など

## 書評、「女子大生、オナホを売る」。唐突にオナホ参入を提案する「関西弁の師匠」への違和感

「女子大生、オナホを売る」という書籍が人気です。SUANも拝読致しました。
シンガポールのマーケ企業でインターン、メディアを立上げて売却された当時女子大生の神山さんが男性用アダルトグッズ販売するまでのストーリーです。

著者の神山氏がインターンしていた企業は、「アレテコホールディングス」という会社とのことです。



リコピン🔴
@tmt_bass・フォローする

返信先: @ad_koukokuさん
元インターン先です！



元インターン先です！

午後7:27 · 2023年5月1日

♥ 4   💬 返信   ⬆ 共有

1件の返信を読む

こちらのアレテコ・ホールディングスとは、welq騒動のメディア立上げに関わっていた髙木健作氏が率いるスタートアップ。意欲のある学生などを主体とし、マーケティングやD2C関連事業を複数立ち上げられています。

東大生を中心に採用を勤め、新規事業や子会社を任せていくスタイルで急成長。**複数の子会社や成功プロダクトを展開しているのがアレテコホールディングス**です。





引用：S.の日のG

一方で代表の髙木健作氏は、過去にWeb Tech Asiaという会社を経営していた際に著作権侵害でトラブルを起こしていた過去があります。

その後、DeNAに入社しますが、welq前後で退社していくという流れを経験されている方です。かなりSEO、メディアに精通されている方ですね。

更にヤバいのがWeb Tech Asia（ウェブテックアジア）を運営していたBuzzNewsで、こちらは著作権の侵害を何度も指摘されて、著作権侵害で訴えられました。2015年2月にサービスを終了したはずなのですが、村田マリ氏の紹介という事で、何とDeNAに代表をしていた髙木健作氏が入社したというのです。普通だったら著作権侵害で訴えられた人をすぐに入社させたりしないのですが、DeNAは非常に優しかったのか、何を狂ったかこの1部上場企業は、ウェブテックアジアを運営していた髙木健作をDeNAに入社させた。そして、DeNAは今回の炎上騒ぎに繋がっていくのです。

引用：WEB情報商材のブログ

そんな髙木健作氏が、過去の失敗への反省もしつつ創業したのが、アレテコ・ホールディングス。東大生の活用や若手の活用は成功し、Wikipediaでの紹介も下記のような略歴となっております。

髙木健作                                              文ₐ 言語を追加

ページ　ノート                                      閲覧　編集　履歴表示　ツール

髙木 健作（たかぎ けんさく、1988年9月9日[1] - ）は、日本の経営者・起業家・投資家・マーケター。株式会社ARETECO HOLDINGS代表取締役、株式会社CMO BANK代表取締役を務める。

略歴　　[編集]

1988年9月9日、兵庫県芦屋市に生まれる[2]。大阪大学在学中、友人らとともにマーケティング支援事業で起業。当初は大阪に拠点を置いて

1988年9月9日、兵庫県芦屋市に生まれる[2]。大阪大学在学中、友人らとともにマーケティング支援事業で起業。当初は大阪に拠点を置いていたが東京に移転し、さらに英語圏市場への参入を目的として2013年5月にシンガポールに移転、メディア事業を立ち上げる。その後、旅行メディアを株式会社DeNAへ事業売却。美容メディアを株式会社ベクトル（子会社）へ事業売却[3]。
2014年2月からバイラルメディアBuzzNewsを運営していたウェブテックアジア（WebtechAsia PTE.LTD）の最高経営責任者を務めた[注 1]。その後株式会社DeNAで1年間経験を積む。
2019年3月、6年間住んだシンガポールから日本へ帰国[5]。株式会社ARETECO HOLDINGS代表取締役に就任、歯科矯正「キレイライン矯正」、瞑想アプリ「Relook」氏、スイス発エイジングケア「Fillerina」、美容コンテンツ配信メディア「shabon」などのブランド事業を手がける。同年、若手マーケターの育成に注力しマーケティングのノウハウを伝える株式会社CMO BANKを立ち上げ、代表取締役に就任した[6]。
2020年7月9日、堀想にかかわり学生起業家と共同創業し、一部出資していた株式会社CoinOtakuが新華ホールディングスリミテッド（ビート・ホールディングス・リミテッド子会社）に株式を譲渡[7]。
2021年11月4日、アーティストグループALTとの共同企画による展覧会「いまここで、よく生きる -経験の頻繁を進んだ先に、辿り着く創造の使命-」を開催[8]。

引用：Wikipedia

CoinOtakuなどにも出資されていたとのことで、投資含めかなり敏腕経営者です。そのような企業に、「女子大生、オナホを売る」著者の神山氏もインターンされていたとのことです。

そして、本書の神山氏のお話に戻ります。プロフィールをおさらいすると、20歳でシンガポールの会社でWebマーケティング（アレテコホールディングス）、その後創業という経歴です。

こんにちは、神山理子（リコピン）です。

25歳です。

18歳から楽曲制作の仕事を始めて、20歳でシンガポールの会社にてWebマーケティングの修行をして、音楽メディアを業界No.1までグロースして事業売却、21歳でオナホD2Cの会社を創業して、販売初日にAmazon売れ筋ランキング4位を獲得、22歳で4つのD2Cブランドを創業、24歳で売却をしました。

引用：エロコードを割くときはえげつな一下スがきまるな僕が何回のけオナホ）の放送で入金防したのサ

音楽メディア売却後の進路を迷われていた神山氏ですが、「新規事業をやったらええやん！」と関西弁を話す経営の師匠に下記のような提案をされたとのこと。

**西弁を話す経営の師匠**に下記のような提案をされたとのこと。

※この福岡の師匠が誰にあたるかは不明です。

> それでもなんとか見つけ出した市場での事業案として「"めちゃくちゃキツいけど稼げるブラックバイトの求人メディア"でも立ち上げようかな」と、今考えるとかなり邪な思いを馳せていたところ、**師匠から「オナホ作れば？」と超絶軽いノリで言**われました。
>
> 引用: エロワードを置くと決まりがすぎる…下ネタが苦手な social media 好好け「オナホの私妻で人欲出したアナ

関西弁の師匠から唐突な「オナホ作れば？」の提案。書籍にあるこの流れが唐突すぎて違和感がありますよね。

何故、オナホなんだろうと疑問に思い調査したところ、**アレテコホールディングス関係者が手掛けるアダルトメディアの存在が強く関わっている可能性**が見えてきました。今回はその裏側に迫ります。

## そもそも「低評価」なオナホはどのようにして売れているのか？

本書では、Amazonマーケを制するというような項もあり、販売されたという商品を見たところ下記のような状態でした。

> ℹ️ ※こちら種製品の口コミについては、神山氏が「ちっくる株式会社」の譲渡後に製品リニューアルをした影響で低評価になっているものもあるとのことです。



「Mr.Fit」というブランドなのですが、それにしても低評価のレビュー乱発です。





審者の神山氏は2020年9月に退任されており、一部関与されていないと思われるものもあります。<mark>退任前の**2020年1月などに販売開始した製品も存在しており、そちらも口コミが良いとは到底言えない状態**</mark>となっておりました。

## 登録情報

| ASIN | B083L2K3MQ |
|---|---|
| おすすめ度 | 3.2 ★★★☆☆ ˅    73個の評価<br>5つ星のうち3.2 |
| Amazon 売れ筋ランキング | - 559位アダルト用ホール（非香通） |
| Amazon.co.jp での取り扱い開始日 | <mark>2020/1/7</mark> |

## ご意見ご要望

さらに安い価格について知らせる？ ˅

Amazonには2020年1月に発売された製品も存在している

低評価レビューが起因してか、本製品は「オナホ」というワードで調べてもAmazon検索で上位にヒットしません。



「オナホ」ワードのAmazon検索結果（23/5/8時点）

では、現在は「どこからの流入」で売れているのか。

調べてみたところ、Google検索結果上位のメディアが「Mr.Fitの商品を1位」として商品を押し出しているようです。

【2023年最新版】厳選オナホ おすすめランキングBEST30

2023/03/18 — 紹介するBEST30の**オナホ**を軽く超える、殿堂入りクラスのスーパーオナホール
が3本あるので紹介します。 すべて「Mr.FiT」という小さなアダルトグッズ…

 canexus.com

Google「オナホ おすすめ」の検索結果 23/05/08

アダルトメディア「PANPAN」が、下記のように殿堂入りの1位として紹介。Amazonアフィリエイ
トリンクはなし。

### ▌殿堂入り第1位：淫乱覚醒～"アナタ好み"になりたいの～(Mr.FiT)



引用：Amazon

| 参考価格 | 5,599円 |
|---|---|
| オナホジャンル | まったり系 |
| 本体重量 | 520g |
| ┌①使い心地の気持ちよさ | 10点／10点 |
| ┌②コンセプトのオリジナリティ | 10点／10点 |
| ┌③コストパフォーマンス | 10点／10点 |

| ┌③コストパフォーマンス | 10点／10点 |
| おすすめ総合点 | 30点／30点 |

引用：Panpan

こちらのMyFitをゴリ押ししているPanpanというアダルトメディアの運営事業者は不明でした。

## 利用規約

🕐 2015年7月2日

**第1条（総則）** この利用規約（以下「本規約」といいます。）は、panpan運営事務局（以下「当局」といいます。）がpanpanのサービス名称で提供するすべてのウェブサイト、ソフトウェア、アプリケーション、プロダクト、ドキュメントその他一切の製品およびサービス（以下「本サービス」といいます。）の利用に関する条件を、本サービスを利用するすべてのお客様（以下「ユーザー」といいます。）と当局との間で定めるものです。ユーザーは、本規約の定めに従って本サービスを利用するものとします。ユーザーは、本サービスを利用した場合、本規約に同意したものとみなされます。 **第2条（本規約の言葉の定義）** 本規約において使用する用語の定義は、以下の通りとします。

「当局」 panpan

「本規約」 この利用規約

引用：Panpan利用規約 – 2015年から運営

なんだかおかしいな、ということでPanpanというメディアの実態を調査したところ、 神山氏の経営されていた「ちゅくる株式会社」との関係性が見えてきました。

 【注意】著者の神山氏は2020年9月に「ちゅくる株式会社」を退任されており、以下で紹介する現時点のマーケティング手法は認知しておらず、関わりないとのことです。

# アレテコ関係者の運営するアダルトメディア「Panpan」、月間520万UUの衝撃

オナホで検索上位を取っている「Panpan」、かなり直接的なアダルトメディアです。
月間UUは衝撃の520万UU（23年3月時点）です。



Similarwebより引用

オナホで検索結果1位を獲得している記事の想定UU推移がこちらです。



検索ワードの獲得方法がすごくて、このような状況です。「オナホ」関連ワードはほぼ全て牛耳っています。





そして、こちらのアダルト運営事業者は不明。どこにも詳細が開示されておりません。
一方でPANPANの **リクルートページを見ると「多くのヒント」** が隠されておりました。

メンバー名と所在地に関して情報がありました。



下記の情報が後から紐づけで出てきますので皆さん覚えておいてください。

- Panpan編集部 メンバー
  - MAX明るい子
  - 関氏
  - リョウ

- Panpan 事務所
  - 神宮前（原宿）
  - シンガポール

ここから「女子大生、オナホを売る」の著者、神山氏が代表を務めていた株式会社ちゅくるの求人と比較していきます。

## Panpan編集部と「ちゅくる」の運営メンバーが一致。阿部氏など多くがアレテコ関係者

こちら**2019年設立直後に掲載されたちゅくる株式会社の求人情報になります。**

カミヤマ、セキ、アベアカルという名前に見覚えがないでしょうか…。



| どうやっているのか

ちゅくるの会社自体は9月に設立したばかりですが、設立までに一緒に事業を作ってきた優秀なメンバーが6名います。簡単にご紹介します。

《ちゅくるのメンバー紹介》

●わたくし代表「カミヤマ」
明治大学4年生のときに、シンガポールのWEBマーケティング会社でインターン（といっても週5フルタイム）。そこでコンテンツマーケティングを学び、事業の買収とグロース、バイアウトまでを達成しました。現在はちゅくる株式会社の代表兼、D2C事業の責任者を担当しています。趣味で音楽制作や演奏もしています。

●仲間想いの温かい気持ちと大きな野心を持つ男「サワモト」
師者に優しく、強者に立ち向かう勇者みたいなお兄ちゃんです。WEB広告事業、メディアの収益化担当を経て、新規WEBサービスのBizDevを担当しています。将来は起業を志しています。

●世界一ポジティブなメディアディレクター「セキ」
1000万MAUのメディアの責任者をやっています。良いコンテンツとはなにか、をテーマに日々研究を続けています。何度もチャレンジしては、失敗と成功を繰り返しつつ日々成長しています。大概の苦難を笑い飛ばせる強さが魅力です。

●元バーテンダーのメディアディレクター「スダ」
酒飲みからナンパ、アウトドアまで、すべての遊びに精通しています。最近では釣り好きが高じて釣りマーケティングをしています。"魚釣り"の釣りです。念のため。

●スーパーインターン生！WEBエンジニア「ハナイ」
アーキテクト設計からフロントエンド、バックエンドまですべてひとりでやりきる、スーパーWEBエンジニアです。静岡の大学に在学しながら、毎週東京まで新幹線で通っています。いろんな意味で突き抜けている最高なヤツです。現在は新規WEBサービスの開発をしています。

●MAX明るい相談役「アベ アカル」
シンガポールに住んでいます。事業相談からお金の相談、人生相談までなんでも相談できます。相談には"良い質問"で返します。

《ちゅくる3つの行動規範》

引用：ちゅくる株式会社 求人情報

さらに謄本を取り寄せたところ、PANPAN編集部の「リョウ」だと思われる早瀬稜氏の名前も記述がありました。PANPAN編集部と全くの一致。

| 発行可能株式総数 | ５０００株 | | | | | |
|---|---|---|---|---|---|---|
| 発行済株式の総数並びに種類及び数 | 発行済株式の総数　　　９００株 | | | | | |
| 資本金の額 | 金９００万円 | | | | | |
| 株式の譲渡制限に関する規定 | 当会社の発行する株式を譲渡により取得するには、株主総会の承認を受けなければならない。 | | | | | |
| 役員に関する事項 | 取締役 | 神 山 理 子 | | | | |
| | | | 令和 | ２年 | ９月 | ３日辞任 |
| | | | 令和 | ２年 | ９月 | ９日登記 |
| | 取締役 | 早 瀬 　 稜 | | | | |
| | | | 令和 | ２年 | ９月 | ３日就任 |
| | | | 令和 | ２年 | ９月 | ９日登記 |
| | | | 令和 | ４年 | １月 | ５日辞任 |
| | | | 令和 | ４年 | １月 | ６日登記 |
| | 取締役 | 阿 部 　 明 | | | | |
| | | | 令和 | ４年 | １月 | ５日就任 |
| | | | 令和 | ４年 | １月 | ６日登記 |

登記簿謄本より

どうでしょうか。複数人の名前が一致。さらにオフィスも一致します。
下記がちゅくる株式会社の求人情報。シンガポール、神宮前オフィス勤務となっており、PANPAN編集部と一致しています。

## オフィス

Panpanとちゅくる株式会社で一致していたメンバー、オフィスをまとめた図がこちらになります。

Panpanとちゅくる株式会社で一致していたメンバー、オフィスをまとめた図がこちらになります。

| ちゅくる株式会社 | PANPAN編集部 |
|---|---|
| メ **•カミヤマ（著者）** | |
| ン **•アベアカル** | **•MAX明るい子** （※阿部さん） |
| バ **•セキ** | **•関氏** |
| ー **•ハヤセリョウ** | **•リョウ** |
| 勤 **•原宿** | **•原宿** |
| 務 | |
| 地 **•シンガポール** | **•シンガポール** |

<u>**メンバー3名の名前が一致、拠点に関しても一致**している</u>

PANPAN編集部とちゅくる株式会社のメンバー3名と名前が一致し、オフィスも一致。

ということで恐らくアダルトメディア「PANPAN」運営メンバーの多くが、オナホ製造の「ちゅくる株式会社」の経営にも関わっていたことが判明しました。

神山氏から本件についてヒアリングしたところ「ちゅくる株式会社を退任した2020年9月以前から既に事業から実質の撤退をしており、PANPAN事業との関わりはわかりかねる。求人に便宜上、代表者として掲載していた」と回答頂いております。

## PANPAN関係者がアフィリエイトの難しいアダルト領域で商品を内製化し、販売という目論見か。

下記がPanpanのUU推移です。神山氏が、「オナホ作ってみれば？」と言われた時期にマークしています



オナホ記事のアクセスが増えていたタイミングで提案があったか

ちょうど、UUがピークに達し、少し落ち込んだタイミングです。それでも毎月4万UUほど記事にアクセスしていますね。

実はAmazonアソシエイトでは<mark>アダルト商品やアダルトメディアが審査落ちしやすく、アフィリエイトがしづらいという背景</mark>があります。
現状の商品リンクも、アフィリエイトではなく「URL直打ち」となっておりました。



> 殿堂入り第1位：淫乱覚醒〜"アナタ好み"になりたいの〜(Mr.FiT)

引用：Amazon

| 参考価格 | 5,599円 |
|---|---|
| オナホジャンル | まったり系 |
| 本体重量 | 520g |
| ┌①使い心地の気持ちよさ | 10点／10点 |
| ┌②コンセプトのオリジナリティ | 10点／10点 |
| ┌③コストパフォーマンス | 10点／10点 |
| **おすすめ総合点** | **30点／30点** |

引用：Panpan

1位のオナホを販売しているちゅくる株式会社がPanpanを運営しており（間接会社の可能性はあり）、強く関与するメディアで1位で宣伝しているという構図が見えてきました。

神山氏の師匠が唐突に「オナホ提案」をしたのは、アダルトメディア「PANPAN」の大量流入する

神山氏の師匠が唐突に「オナホ提案」をしたのは、アダルトメディア「PANPAN」の大量流入するUUを前提とした提案だったのではないでしょうか。さらに、アレテコとの繋がりについても解説していきます。

## 「ちゅくる」「panpan」「アレテコ」の関連性について。オフィスの一致など

現代表の阿部氏のWantedlyを拝見したところ、アレテコの幹部と判明。
そして、筆者の神山さんもアレテコ元インターン生となっており、アレテコの繋がりがあることがわかあります。





# 株式会社DATは「アレテコホールディングス」の旧社名。

引用：創業社氏Wantedly

さらに創業時のちゅくる株式会社の所在地自体が「アレテコホールディングス」の住所となっておりました。



**ちゅくる株式会社の創業時オフィス自体が、アレテコの本社所在地となっている**

Wantedlyより引用。住所比較

> Wantedlyより引用。住所比較

女子大生がオナホを開発するに至った師匠からの一声。改めてその師匠が何故、「オナホ」を提案したのか見えてこないでしょうか。

女子大生がオナホを発売し譲渡するまでの流れ、アレテコ・ホールディングスという巨大スタートアップ・ファームが関わっていたようです。



アレテコ・ホールディングスの凄さを感じる一方で、このような消費者を欺くような==恣意的に関連製品を1位に上げる手法は言語道断と言わざる得ません。==

以前取り上げた<u>メデュラがサテライトサイトで自社製品に1位と評価していた件</u>とも類似しています。



引用：medulaドメインのSparta課題メディア【他社】

自社で展開するSEOメディアによる印象操作が、購入された方のインターネット体験をよりよくしたかどうかは疑問です。自社商品を1位にしているメディアだと、もし購入前に知っていたら、買うのを躊躇した方は多いはず。

Googleの利用においては、いかにして本当に第三者の記事かどうかを見抜く、という段階に来ています。mybestのような志向性のメディアが増え、より魅力的なインターネットになるよう強く願います。

【関連記事】
<u>事業家Botの正体を特定しました</u>
冒頭で脅迫的にレビュー削除依頼をしてきている著作プロデューサーの匿名アカウントです。

【編集後記】
本書籍の「製品作り」についての考え方については参考になる記述も多かった反面、口コミレビューを踏まえると実態とのギャップを感じてしまう書籍という印象でした。

この記事読んでから読むと面白いかも？Kindle版で1400円程度、2時間程度で読了できますのでぜひ。



【NEW】スタートアップのためのオープンチャットが開始しました！

さらにSuan公式 LINEでは、

・凄いベンチャー出資VCランキング
・エンジェル投資家のリターン率資料
・Crunchbase掲載の日本人エンジェルリスト
・各種資料内で紹介した登記簿謄本

などもLINEより配信しております。情報提供などもお待ちしております！
ぜひ追加ください。

■ スタートアップ   ■ 個別株事

スポンサーリンク

Exhibit H



**SUAN / スタートアップメディア** 🎈 ✅
@suan_news                                              •••

事業家botの正体を特定しました。上場企業経営者かつ最大株主で公人とも言える方でした。

このような半ば公人とも言える方が、匿名で自身の関わる書籍批評ツイートに対し、脅迫に近いと感じる行為（恫喝的、訴訟etc）で削除させています。

残念ですが、「批評の自由」を守るために動きます。

Translate Tweet



3:19 PM · May 9, 2023 · **368.5K** Views

Exhibit I





















事業家bot氏とのTwitterでのやり取りの件はお目汚し大変失礼致しました。

しかし、SuanではTwitter上での批評レビューに対し、恫喝的なアプローチで削除させ、「批評の自由」を奪う行為は到底許されない行為だと感じております。

今後続報として記事にしていきますので、引き続きよろしくお願いいたします。
事業家bot氏より何らかのご連絡があれば対応しますので、ご連絡お待ちしております。

【NEW】スタートアップのためのオープンチャットが開始しました！

さらにSuan公式LINEでは、

・凄いベンチャー出資VCランキング
・エンジェル投資家のリターン率資料
・Crunchbase掲載の日本人エンジェルリスト
・各種資料内で紹介した全記事原版本



# Exhibit J

# (Filed Under Seal)