JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
JOHN DOE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>JOHN DOE,<br>　　　　　　　　　　Applicant. | Case No:   3:23-mc-80193<br><br>**DECLARATION OF CHONGHO LEE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

I, Chongho Lee, declare as follows:

1. My name is Chongho Lee.  I am over 18 years of age.  I am an assistant at Marshall Suzuki Law Group.

2. I translated Exhibit A, B, C-1, C-2, D-1, D-2, E-1, E-2, F, G, H, I, J attached hereto and also attached to the Ex Parte Application of John Doe and the declaration of John Doe and concurrently submitted herewith from Japanese to English.

3. Exhibit A-a attached hereto is a true and correct English translation of Exhibit A described above.

4. Exhibit B-a attached hereto is a true and correct English translation of Exhibit B described above.

5. Exhibit C-1-a attached hereto is a true and correct English translation of Exhibit C-1 described above.

6. Exhibit C-2-a attached hereto is a true and correct translation of Exhibit C-2 described above.

7. Exhibit D-1-a attached hereto is a true and correct translation of Exhibit D-1 described above.

8. Exhibit D-2-a attached hereto is a true and correct translation of Exhibit D-2 described above.

9. Exhibit E-1-a attached hereto is a true and correct translation of Exhibit E-1 described above.

10. Exhibit E-2-a attached hereto is a true and correct translation of Exhibit E-2 described above.

11. Exhibit F-a attached hereto is a true and correct translation of Exhibit F described above.

12. Exhibit G-a attached hereto is a true and correct translation of the parts that are surrounded by yellow squares in Exhibit G described above.

13. Exhibit H-a attached hereto is a true and correct translation of Exhibit H described above.

14. Exhibit I-a attached hereto is a true and correct translation of the parts that are surrounded by yellow squares in Exhibit I described above.

15. Exhibit J-a attached hereto is a true and correct translation of the parts that are surrounded by yellow squares in Exhibit J described above.

16. I am qualified to translate from Japanese to English because I can read, write, understand and speak both Japanese and English fluently.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 20, 2023                    By: _____
                                             Chongho Lee