JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
John Doe

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>John Doe,<br><br>                Applicant. | Case No: 3:23-mc-80193<br><br>**[Proposed] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

Having considered applicant John Doe ("Applicant")'s ex parte application for an order pursuant to 28 U.S.C. § 1782 permitting discovery for use in foreign proceeding,

IT IS HEREBY ORDERED that:

1. Applicant's application is GRANTED; and

2. Applicant may serve the subpoena attached hereto on X Corp.

Dated: _____ , 2023          By:_____
                                                       United States District Judge

-Page 1 of 1-

**In re Ex Parte Application of John Doe**
[Proposed] Order Granting Application for Order Pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding