1

## DECLARATION OF TAKU INOUE

2

I, Taku Inoue, declare as follows:

3

4

1.  I submit this declaration in support of Applicant's Administrative Motion to File Under Seal. I have personal knowledge of each matter stated herein.

5

6

2.  I am an attorney duly licensed to practice law in Japan. Applicant John Doe ("Applicant") retained me and my law firm to initiate a civil lawsuit against those liable for privacy invasion under Japanese law as soon as their identities have been ascertained through this discovery under 28 U.S.C. §1782.

7

8

9

10

3.  Through the Ex Parte Application, Applicant operating an anonymous Twitter Account (@Midnight_Tokyo) seeks to identify a wrongdoer operating certain Twitter Accounts "@suan_news" and "@suan_team" who engaged in privacy invasion under Japanese tort law.

11

12

13

14

4.  The right to privacy is protected by the Constitution of Japan Article 13. The Japanese tort law protects the right not to have a person's private life unnecessarily disclosed. If one's privacy is invaded, the person can claim damages arising from the disclosure against a wrongdoer under Japanese Civil Code Articles 709 and 710. In the case of disclosure of information which could be taken to be a person's real name and his/her attributes such as specific occupation which can result in identification, the Courts in Japan take disclosing such information as an invasion of privacy seriously especially when the person whose information was disclosed is acting anonymously through a social media account.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; TAKU INOUE'S
DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL

5. The public does not know the real identity of the Applicant's Account. Applicant has never disclosed and does not intend to disclose his/her real name and specific personal information in public as an operator of the Applicant's Account.

6. Applicant has a right not to his/her private life unnecessarily disclosed under Japanese tort law. In the context here, the right is not to disclose information that could be taken to be the operator's real name and specific attributes such as occupation.

7. Here, the wrongdoer, by posting tweets and articles and by creating an open chat, encouraged and enticed Twitter users and readers of the articles to identify who is the operator of the Applicant's Account. More than 1000 people joined the open chat eagerly seeking and providing information which could be taken to be the Applicant's name and his/her attributes such as occupation.

8. Based on my investigation into this matter, the wrongdoer's encouraging disclosure of the information which could be taken to be the Applicant's real name and his/her specific attributes would constitute a privacy invasion under Japanese tort law.

9. Furthermore, the wrongdoer engaged in an invasion of Applicant's privacy by disclosing private direct messages on Twitter. This also constitutes a cause of action for the lawsuit in Japan that Applicant is going to bring.

10. The extent Applicant here requests to seal is only the information disclosed in the open chat which could be taken to be Applicant's real name, his/her photo, and his/her specific occupation.

//

//

//

APPLICANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; TAKU INOUE'S DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1

2

3   I declare under penalty of perjury under the laws of the United States that the foregoing is true

4   and correct.

5

6   Dated: _____, 2023      By: _____

7

8                                                Taku Inoue

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; TAKU INOUE'S
DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL