```
JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
John Doe
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>John Doe,<br><br>                    Applicant. | Case No: 3:23-mc-80193<br><br>**[Proposed] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered applicant John Doe ("Applicant")'s Administrative Motion to File Under Seal and the Declaration of Taku Inoue,

IT IS HEREBY ORDERED that:

1. Applicant's Administrative Motion to File Under Seal is GRANTED; and

2. The following unredacted documents may be filed under seal: (1) Exhibits J attached to Ex Parte Application of John Doe, (2) Exhibits J attached to Declaration of Applicant John Doe in Support of the Ex Parte Application of John Doe and (3) Exhibits J and J-a attached to Declaration of Chongho Lee in Support of Ex Parte Application of John Doe.

Dated: _____, 2023         By:_____
                                          United States District Judge