UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>          Plaintiff,<br><br>     v.<br><br>X CORP.,<br><br>          Defendant. | Case No. 23-mc-80193-SK<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Regarding Docket No. 1 |

On July 21, 2023, John Doe ("Petitioner") filed a motion to permit discovery from X Corp. operating Twitter ("Respondent") for use in a Japanese court proceeding. (Dkt. No. 1.) Respondent may file an opposition to the motion by no later than September 7, 2023. Petitioner may file a reply, if any, by no later than September 14, 2023. The Court HEREBY ORDERS Petitioner to serve a copy of this Order on Respondents by no later than August 7, 2023 and to file a proof of service by no later than August 11, 2023. The Court will set a hearing, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: July 25, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge