JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
John Doe

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Ex Parte Application of | Case No: 3:23-mc-80193 |
| John Doe, | **[Proposed] ORDER GRANTING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |
| Applicant. | |

Having considered applicant John Doe ("Applicant")'s Motion for Leave to Proceed Under Pseudonym and the Declaration of Taku Inoue,

IT IS HEREBY ORDERED that:

1. Applicant's Motion for Leave to Proceed Under Pseudonym is GRANTED; and

2. Applicant may proceed under the pseudonyms JOHN DOE in this action.

Dated: _____, 2023        By:_____
                                     United States District Judge

**In re Ex Parte Application of John Doe**
[Proposed] Order Granting Motion for Leave to Proceed Under Pseudonym
-Page 1 of 1-