UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>  v.<br><br>X CORP.,<br><br>   Defendant. | Case No. 23-mc-80193-SK<br><br>**ORDER TO AMEND APPLICATION** |

This matter arises from the application of John Doe ("Applicant") for an order permitting discovery for use in a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Application"). (Dkt. No. 1.) On August 21, 2023, this Court denied Applicant's motion to file the Application under seal and denied the motion for leave to proceed under a pseudonym. (Dkt. No. 10). However, because Applicant failed to file the Application under his own name prior to moving for leave to proceed under a pseudonym as required by the Federal Rules of Civil Procedure, he is currently out of compliance with the Federal Rules of Civil Procedure and this Court's order. *See* Fed. R. Civ. P. 10(a) ("The title of the complaint must name all the parties"); *see also* Fed. R. Civ. P. 17(a) ("An action must be prosecuted in the name of the real party in interest").

Accordingly, the Court hereby ORDERS Applicant to amend the Application to proceed under his own name as required by the Federal Rules of Civil Procedure and this Court's order by no later than October 5, 2023.

**IT IS SO ORDERED**.

Dated: September 21, 2023

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge