UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>           Petitioner,<br><br>    v.<br><br>X CORP.,<br><br>           Respondent. | Case No. 23-mc-80193-SK<br><br>**ORDER TO SHOW CAUSE** |

On September 21, 2023, the Court Ordered John Doe ("Applicant") to amend the Application in this matter to proceed under his own name as required by the Federal Rules of Civil Procedure and this Court's order by no later than October 5, 2023.  To date, Plaintiff has not yet done so.  Therefore, the Court HEREBY ORDERS Applicant to Show Cause in writing by no later than October 27, 2023, why the Court should not dismiss his Application due to his failure to prosecute.

If Applicant seeks to file an untimely amended Application, he must submit a request to do so by October 27, 2023, showing good cause for his failure to comply with the Court's deadline of October 5, 2023, and must submit the proposed amended Application along with the request.  If Applicant fails to file a response to this Order to Show Cause by October 27, 2023, the Court will dismiss this action for failure to prosecute without further notice.

**IT IS SO ORDERED**.

Dated: October 17, 2023

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge